# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CML-NV CAULDRON, LLC,

    Plaintiff,

vs.

ZOHAR RAPAPORT, *et al.*,

    Defendants.

Case No. 2:11-cv-00289-RLH-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed February 22, 2011. Defendants Tal Dagan and The Village at Russell-Phase 1, LLC filed a Motion to Dismiss Complaint (#8) on May 26, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **July 29, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 19th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge