# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CML-NV CAULDRON, LLC, | |
|     Plaintiff, | Case No. 2:11-cv-289-LDG (RJJ) |
| v. | **ORDER** |
| ZOHAR RAPAPORT, *et al*., | |
|     Defendants. | |

    A review of the docket indicates that this matter was consolidated with CML-NV Cauldron, LLC v. Rapaport, Case No. 2:10-cv-00695-LDG (PAL), and that the cases have been dismissed with prejudice.  Accordingly,

    THE COURT **ORDERS** that the Motion to Dismiss (#8) is DENIED as moot.

DATED this ___ day of March, 2012.

_____
Lloyd D. George
United States District Judge