**SAO**
Todd M. Touton, #1744
ttouton@lionelsawyer.com
Kirby J. Smith, #414
ksmith@lionelsawyer.com
LIONEL SAWYER & COLLINS
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 383-8888
Facsimile: (702) 383-8845

*Attorneys for Plaintiff*
CML-NV CAULDRON, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CML-NV CAULDRON, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ZOHAR RAPAPORT, an individual; TAL DAGAN, an individual; OMRI MERON, an individual; THE VILLAGE AT RUSSELL-PHASE 1, LLC, a Nevada limited liability company; CAHUENGA PROPERTY, LLC, a California limited liability company; and RUSSELL & I215 DEVELOPMENT NO. 1, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 02-10-CV-695<br>(Consolidated with Case No. 2:11-cv-289) |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff CML-NV Cauldron, LLC ("Plaintiff") and Defendants Zohar Rapaport, Tal Dagan, Omri Meron, The Village At Russell-Phase 1, LLC, Cahuenga Property, LLC, and Russell & I215 Development No. 1, LLC ("Defendants") **STIPULATE THAT**:

On or about May 13, 2010, Plaintiff initiated this action (the "Main Action"). Plaintiff subsequently filed a separate deficiency action, 2:11-cv-289 on or about February 22, 2011 (the "Deficiency Action"). The Deficiency Action was then consolidated with the Main Action on or

about August 12, 2011.

On or about February 17, 2012, the Court granted Defendants' Motion to Dismiss for Lack of Jurisdiction. This judgment was entered on February 21, 2012. Plaintiff timely appealed the judgment and the appeal is currently pending in the Ninth Circuit.

Plaintiff and Defendants have reached a settlement, as particularly described in a separate writing. Accordingly, Plaintiff and Defendants further stipulate that this action be dismissed with prejudice in accordance with the Settlement Agreement executed concurrently with this Stipulation and Order, with each party bearing its own fees and costs.

This Stipulation is subject to Plaintiff's and Defendants' rights and obligations that shall continue and survive this Stipulation as expressed in the Settlement Agreement.

**SO STIPULATED.**

LIONEL SAWYER & COLLINS

By: _____
Todd M. Touton, #1744
Kirby J. Smith, #414
1700 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
RES-NV TVL, LLC

MARQUIS AURBACH & COFFING

By: _____
Frank M. Flansburg, III #6974
10001 Park Run Drive
Las Vegas, Nevada 89145

*Attorneys for Defendants*
ZOHAR RAPAPORT, TAL DAGAN, OMRI MERON, THE VILLAGE AT RUSSELL-PHASE 1, LLC, CAHUENGA PROPERTY, LLC, and RUSSELL & I215 DEVELOPMENT NO. 1, LLC

**IT IS SO ORDERED.**

Dated this ___ day of June, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2 of 3

Submitted by:

LIONEL SAWYER & COLLINS

By: _____
    Todd M. Touton, #1744
    Kirby J. Smith, #414
    1700 Bank of America Plaza
    300 South Fourth Street
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
CML-NV CAULDROM, LLC

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888